UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Brian Bodnovits,

    Plaintiff,

v.                                                                            Case No. 20-12854

Commissioner of Social Security,                    Sean F. Cox
                                                                              United States District Court Judge

    Defendant.
_____/

## ORDER ADOPTING
## REPORT AND RECOMMENDATION

This Social Security Disability Insurance benefits case was referred to Magistrate Judge Curtis Ivy, Jr. for issuance of a Report and Recommendation of dispositive matters pursuant to U.S.C. § 636(b)(1)(B). (ECF No. 3).

In a Report and Recommendation ("R&R") (ECF No. 23) issued on January 27, 2022, the magistrate judge recommends that the Court deny Plaintiff's motion for summary judgment (ECF No. 18) and grant Defendant's motion for summary judgment (ECF No. 22). The magistrate judge also recommends that the Court affirm the administrative law judge's decision, pursuant to sentence four of 42 U.S.C. §405(g). (ECF No. 15).

The time permitted for the parties to file objections to that Report and Recommendation has passed and no objections were filed.

Therefore, the Court hereby ADOPTS the January 27, 2022 Report and Recommendation and DENY Plaintiff's motion for summary judgment (ECF No. 18) and GRANT Defendant's motion for summary judgment (ECF No. 22).

IT IS SO ORDERED.

          <u>s/Sean F. Cox</u>
          Sean F. Cox
          United States District Judge

Dated:  February 15, 2022